678

## SPENCER v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 19, September Term, 1960.]

*Decided October 21, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The petition herein must be dismissed, as the applicant was released from custody on July 4, 1960, which fact renders the case moot. *Noble v. Warden,* 221 Md. 581, 155 A. 2d 664.

*Petition dismissed.*